## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MELISSA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 1:12-cv-03526-RLV |
| JAVELIN LEARNING | ) | |
| SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

plaintiff Melissa Johnson, by and through Alan H. Garber of The Garber Law

Firm, P.C., counsel for the plaintiff, and defendant Javelin Learning

Systems, Inc., by and through Bradley T. Adler of Freeman Mathis & Gary,

counsel for the defendant, hereby agree and stipulate that plaintiff's claims

against defendant in the above-captioned case are hereby **DISMISSED**

**WITH PREJUDICE**.  Each party shall bear their own costs and fees.

> *s/ Alan H. Garber*
> Alan H. Garber
> Georgia Bar No. 283840
> Marc Garber
> Georgia Bar No. 283847
> THE GARBER LAW FIRM, P.C.
> Suite 14, 4994 Lower Roswell Road
> Marietta, GA  30068
> (678) 560-6685
> (678) 560-5067 (facsimile)

ahgarber@garberlaw.net
mngarber@garberlaw.net

**COUNSEL FOR PLAINTIFF**

*s/ **Bradley T. Adler***
Bradley T. Adler
Georgia Bar No. 005525
Martin B. Heller
Georgia Bar No. 360538
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
(770) 818-0000
(770) 937-9960 (facsimile)
badler@fmglaw.com
mheller@fmglaw.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

Dated: August 5, 2013.

*s/ **Alan H. Garber***
Alan H. Garber